IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
         Plaintiff,             )
                                )
    v.                          )    No.  07 CR 801
                                )
CHRIS J. KOKENIS,               )
                                )
         Defendant.             )

## MEMORANDUM ORDER

This Court has, at the outset of the trial in this case, granted the United States' motion to dismiss Counts One, Two, Nineteen and Twenty of the Indictment. To avoid juror confusion and eliminate any possible prejudice, it is hereby ordered that:

    1. For the jury's use in its deliberations, a redacted form of the Indictment will be furnished to it, omitting the dismissed counts and renumbering the remaining counts consecutively. That is, Indictment Count Three will become Count One in the redacted version, and so on, so that Indictment Count Eighteen will be the final count (Count Sixteen) in the redacted version.

    2. Corresponding numerical changes will be made in the verdict form submitted to the jurors for signature when they have reached a verdict, with each count in the verdict form representing a verdict on a count two numbers higher in the actual Indictment (e.g., a verdict on Count One in the verdict form will represent a verdict on Indictment Count

Three, and so on).

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 17, 2010